[No. 44208-6-II. Division Two. May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DERRELL MILAM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-02048-7, Linda CJ Lee, J., entered November 19, 2012. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 44665-1-II. Division Two. May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN J. SEABOLT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-1-00900-5, Kevin D. Hull, J., entered February 28, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 44746-1-II. Division Two. May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS OLIVERA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 13-1-00006-0, Gordon Godfrey, J., entered April 8, 2013. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Maxa and Lee, JJ.

[No. 45263-4-II. Division Two. May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. IAN D. CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00178-1, Toni A. Sheldon, J., entered August 12, 2013. *Remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Johanson, A.C.J., and Lee, J.